ROBERT R. AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111

ANDREW W. FERICH (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111

BEN BARNOW (*pro hac vice*)
b.barnow@barnowlaw.com
ANTHONY L. PARKHILL (*pro hac vice* to be filed)
aparkhill@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: (312) 261-2000

*Attorneys for Plaintiffs and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACTAVISH, JOHNSON QU, MARGARET WEBB, and PAUL TWOMEY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC. and HONDA MOTOR COMPANY LTD., a Japanese corporation,<br><br>Defendants. | Case No. 2:21-cv-04289<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONDA MOTOR COMPANY, LTD., A JAPANESE CORPORATION**<br><br>JUDGE: George H. Wu<br>CTRM: 9D, 4th Floor |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF HMC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by Plaintiffs David MacTavish, Johnson Qu, Margaret Webb, and Paul Twomey ("Plaintiffs"), on the one hand, and Defendant American Honda Motor Co., Inc., on the other hand, that Plaintiffs' claims as against Defendant Honda Motor Company, Ltd. in the above-captioned action shall be dismissed without prejudice to re-filing their claims.

Plaintiffs' claims against Honda Motor Company, Ltd. shall be dismissed also without prejudice as to their ability to submit a claim or otherwise benefit from any settlement of this matter as absent class members in the event of a future settlement reached between the parties in this action.

DATED: August 12, 2021        Respectfully submitted,

By: */s/ Robert R. Ahdoot*
ROBERT R. AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs and the Proposed Class*

DATED: August 12, 2021        By: */s/ Justin T. Goodwin*
JUSTIN T. GOODWIN (SBN 278721)
*jgoodwin@dtolaw.com*
**DTO LAW**
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Attorneys for Defendants American Honda Motor Co., Inc.*

- 1 -

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation for Dismissal Without Prejudice of Defendant Honda Motor Company, Ltd., a Japanese Corporation Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Robert Ahdoot, attest that concurrence in the filing of this document has been obtained.

DATED:  August 12, 2021       */s/ Robert R. Ahdoot*
                                         Robert R. Ahdoot

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

DATED:  August 12, 2021       */s/ Robert R. Ahdoot*
                                         Robert R. Ahdoot