| | |
|---|---|
| 1 | William A. Delgado (SBN 222666) |
|   | wdelgado@dtolaw.com |
| 2 | Megan O'Neill (SBN 220147) |
|   | moneill@dtolaw.com |
| 3 | Justin T. Goodwin (SBN 278721) |
|   | jgoodwin@dtolaw.com |
| 4 | DTO LAW |
|   | 601 South Figueroa Street, Suite 2130 |
| 5 | Los Angeles, CA 90017 |
|   | Telephone: (213) 335-6999 |
| 6 | Facsimile: (213) 335-7802 |

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACTAVISH, JOHNSON QU, and MARGARET WEBB, on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR, CO., INC. and HONDA MOTOR COMPANY LTD., a Japanese Corporation,<br><br>Defendants. | Case No. 2:21-cv-04289-GW-JEW<br><br>**DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, STRIKE NATIONWIDE CLASS ALLEGATIONS**<br><br>Hearing:<br>Date: October 18, 2021<br>Time: 8:30 a.m.<br>Place: 350 West 1st Street<br>Courtroom 9D<br>Los Angeles, CA 90012<br>Judge: Hon. George H. Wu<br><br>Initial complaint filed: May 21, 2021<br>Trial date:           None set |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on October 18, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-captioned Court, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable George H. Wu, Defendant American Honda Motor, Co., Inc. ("Honda") will and hereby does move this Court for an order (i) dismissing the First Amended Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted and, should any claim not be dismissed, (ii) striking the nationwide class allegations from the First Amended Complaint under Federal Rule of Civil Procedure 12(f). This motion is made on the following grounds:

1. Plaintiffs have not stated a claim upon which relief may be granted because (a) they failed to allege facts creating a plausible inference that Honda knew about the alleged defect at the time they purchased their vehicles, as required to state an omission-based claim under common law fraud and the appliable states' consumer protection statutes; (b) they failed to plead compliance with the Massachusetts Regulation of Business Practices for Consumers Protection Act's pre-suit notice requirement; (c) they failed to plead the existence of a defect in materials or workmanship—as opposed to a design defect—covered by the express warranty, and also failed to allege any facts that would establish a breach of that warranty; (d) they failed to plausibly allege that their vehicles are not fit to provide safe and reliable transportation as required to state a claim for breach of the implied warranty of merchantability; (e) their unjust warranty claim fails under Massachusetts law because they have not alleged the absence of an adequate remedy at law; and, in any event, (f) they have not alleged any "unjust" benefit as required to state a claim for unjust enrichment.

2. Individual issues of law and fact necessarily predominate, and a nationwide class therefore cannot be certified, because, under California's choice-of-law framework, the law of the state where each putative class member purchased her vehicle governs that individual's claims, and the law of the fifty states varies materially from state to state.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 12, 2021.

This Motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Appendices A through C, the pleadings and records on file, and such other matters as the Court deems necessary and proper to adjudicate this Motion.

Dated: August 20, 2021                DTO LAW

By:  /s/ Justin T. Goodwin
     Justin T. Goodwin
     Attorneys for Defendant
     AMERICAN HONDA MOTOR CO., INC.