William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Megan O'Neill (SBN 220147)
  moneill@dtolaw.com
Justin T. Goodwin (SBN 278721)
  jgoodwin@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACTAVISH, JOHNSON QU, MARGARET WEBB, PAUL TWOMEY, ELVIN GOMEZ, GERALD MORLOCK, and LARRY WALL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMERICAN HONDA MOTOR CO., INC.<br><br>                    Defendant. | Case No.: 2:21-cv-04289-GW-JEM<br><br>**DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Honorable George H. Wu<br><br>Hearing Date: July 21, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom:      9D<br><br>Initial complaint filed: May 21, 2021 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on July 21, 2022, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-captioned Court, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable George H. Wu, Defendant American Honda Motor Co., Inc. ("Honda") will and hereby does move this Court for an order dismissing with prejudice Counts 2–7 of the Third Amended Complaint as to all Plaintiffs, and Count 1 as to plaintiff Elvin Gomez (New York), under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. This motion is made on the following grounds:

Plaintiffs have not stated a claim upon which relief may be granted because (a) they failed to allege facts creating a plausible inference that Honda knew about the alleged defect at the time they purchased their vehicles, as required to state an omission-based claim under common law fraud and the appliable states' consumer protection statutes; (b) the economic loss rule bars Plaintiffs' claims for common law fraud under Michigan and Pennsylvania law; (c) their claim for breach of the implied warranty of merchantability under New York law fails for lack of privity; and (d) Plaintiffs have not alleged any "unjust" benefit as required to state a claim for unjust enrichment, and their unjust enrichment claim is derivative of their other causes of action.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 18, 2021.

This Motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of Justin T. Goodwin, the concurrently filed Request that the Court Consider Documents Incorporated by Reference in Plaintiffs' Third Amended Class Action Complaint, the pleadings and records on file, and such other matters as the Court deems necessary and proper to adjudicate this Motion.

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | DTO LAW |
| 2 | | |
| 3 | | By:   */s/ Justin T. Goodwin*<br>       Justin T. Goodwin |
| 4 | | Attorneys for Defendant<br>AMERICAN HONDA MOTOR CO., |
| 5 | | INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28