JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACTAVISH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　　Defendant. | Case No.  CV 21-4289-GW-JEMxx<br><br>**ORDER TO DISMISS** |

　　Based upon the Joint Notice of Voluntary Dismissal [163], filed on April 15, 2024, it is hereby ORDERED that this action is dismissed with prejudice as to Plaintiffs' claims, and without prejudice as to the claims of the putative class, with all parties to this stipulation to bear their own fees and costs.

　　IT IS SO ORDERED.

Dated: April 16, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE